CO-386-online
10/03

# United States District Court
# For the District of Columbia

Regina A. Randolph, et al. )
)
)
)
                    Plaintiff )    Civil Action No._____
     vs                       )
                              )
ING Life Insurance and Annuity )
Company                        )
                              )
                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   ING Life Insurance and Annuity Company   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   ING Life Insurance and Annuity Company   which have any outstanding securities in the hands of the public:

ING Groep, NV

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

475920
_____
BAR IDENTIFICATION NO.

Stephen M. Nickelsburg, Sidley Austin LLP
Print Name

1501 K Street NW
Address

Washington DC 20005
City          State          Zip Code

202-736-8000
Phone Number