# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA A. RANDOLPH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 06-1228 CKK |
| ) | |
| ING LIFE INSURANCE AND ) | |
| ANNUITY COMPANY ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to District of Columbia Local Rule LCvR 7, defendant ING Life Insurance and Annuity Company ("ILIAC") respectfully files this Consent Motion for Extension of Time to file its response to plaintiffs' Complaint, to and including September 1, 2006. Counsel for ILIAC have conferred with counsel for plaintiffs pursuant to Local Rule LCvR 7(m), and counsel for plaintiffs have consented to the requested extension of time.

In support of its Motion ILIAC further states:

1.  Plaintiffs filed this putative class action in the Superior Court of the District of Columbia on June 27, 2006, alleging injuries arising out of the theft of an ILIAC laptop computer on or around June 12, 2006.

2.  Plaintiffs served their Summons and Complaint on ILIAC on June 29, 2006. ILIAC's response to the Complaint is due 20 days from service, on July 19, 2006.

3.  ILIAC removed this case to this Court on July 7, 2006.

4. Counsel for ILIAC has only recently been retained. The requested extension of time is necessary to review the facts underlying this dispute and the issues presented by plaintiffs' claims, and to prepare a sufficient response to the Complaint.

5. The requested extension of time will prejudice no party. Indeed, counsel for plaintiffs have consented to the requested extension of time.

WHEREFORE, defendant ILIAC respectfully requests that the Court grant an extension of time to file ILIAC's response to plaintiffs' Complaint, to and including September 1, 2006.

Dated: July 10, 2006                     Respectfully submitted,

                                                          /s/ Stephen M. Nickelsburg
Alan Charles Raul, D.C Bar # 362605
Juan P. Morillo, D.C. Bar # 257790
Stephen M. Nickelsburg, D.C. Bar #475920
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

Attorneys for Defendant
ING Life Insurance & Annuity Co.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| REGINA A. RANDOLPH, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 06-1228 CKK |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ) ) ) ) | |
| Defendant. | ) ) ) ) | |

**PROPOSED ORDER**

Defendant ING Life Insurance and Annuity Company's Motion for Extension of Time is GRANTED. Defendant's time to file its response to the Complaint is extended to and including September 1, 2006.

SO ORDERED.

Dated: July __, 2006

_____
The Hon. Colleen Kollar-Kotelly
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of July, 2006, I caused to be served copies of the foregoing by postage prepaid first-class mail to counsel for the other parties to this action at the following addresses:

| | |
|---|---|
| Gregory L. Lattimer | Ted J. Williams |
| 1100 H Street NW | 1200 G Street, NW |
| Suite 920 | Suite 800 |
| Washington, DC 20005 | Washington, DC 20005 |
| (202) 638-0095 | (202) 434-8744 |

Date: July 10, 2006

                                                    /s/ Stephen M. Nickelsburg
                                                  Stephen M. Nickelsburg
                                                  Counsel for Defendant