## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA A. RANDOLPH, *et al.*,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| vs.    ) | Electronically Filed |
| ) | Case No. 06-1228 CKK |
| ING LIFE INSURANCE AND    ) | |
| ANNUITY COMPANY    ) | |
| ) | |
| Defendant.    ) | |
| ) | |
| ) | |

### DECLARATION OF J. ROBERT BOLCHOZ IN SUPPORT OF DEFENDANT ING LIFE INSURANCE AND ANNUITY COMPANY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

I, J. Robert Bolchoz, do hereby declare:

1.      The facts stated herein are based on my personal knowledge.  If called as a witness, I could and would testify competently to them.

2.      I am Head of National Accounts for ING U.S. Financial Services, which is an affiliate of ING Life Insurance and Annuity Company ("ILIAC").  As Head of National Accounts, I manage customer relationships with the company's largest institutional customers in the government and healthcare markets, including the Government of the District of Columbia. In that capacity, I helped to manage ILIAC's response to the laptop computer theft that is the subject of this litigation.

3.      ILIAC has administered and currently administers retirement savings plans for the District of Columbia, including the District of Columbia 457 Deferred Compensation Plan (collectively, the "Plan").

4.    On or around June 11, 2006, a registered representative of ING Financial Advisors, the broker-dealer subsidiary of ILIAC, discovered that his home had been burglarized. Along with many of his personal possessions, the representative's laptop computer was stolen.

5.    The representative also is an ILIAC customer sales and service representative who supports the Plan. He provides enrollment services and investment education to current and former participants in the Plan, including in D.C. Government offices and in their homes. The representative's laptop contained information about these participants (the "Plan Participants") to enable the representative to perform his duties.

6.    There is no indication that the laptop was stolen for the data it contained, and ILIAC has received no information that the data on the laptop has been accessed or misused.

7.    The representative's home was burglarized while he was out of town. Items missing from the representative's home include a DVD player, a Sony PlayStation videogame system, a nail gun, an air compressor, loose change, and several cans of beer. A copy of the police report is attached as Exhibit A to this Declaration.

8.    The representative reported the theft to the police and to ILIAC, and ILIAC immediately took action to identify what data was contained on the laptop. Upon confirming that the laptop contained customer information for the Plan Participants, ILIAC notified the District of Columbia Office of the Chief Financial Officer ("OCFO").

9.    On June 17, 2006, ILIAC issued a press release announcing that the laptop theft had occurred and identifying steps ILIAC proposed to protect the Plan Participants. These steps included mailing a letter to each Plan Participant and arranging for credit monitoring and identity fraud protection through Equifax. This Press Release was posted on the web site of the OCFO, see http://newsroom.dc.gov/show.aspx/agency/cfo/section/2/release/6359, and a copy is attached as Exhibit B to this Declaration.

2

10.     ILIAC sent letters to the Plan Participants, beginning on June 19, 2006. The letters notified the Plan Participants of the theft, informed them that ILIAC would provide free credit monitoring service and identity fraud protection through a third-party service (Equifax), and provided instructions so that they could immediately sign up for the service. The letters also provided a dedicated toll-free number to contact ILIAC with any questions regarding the incident or the credit monitoring services. A copy of the template for a representative letter is attached as Exhibit C to this Declaration.

11.     Equifax is one of the nation's three major credit rating agencies and is a leader in providing credit monitoring services for consumers. Equifax's most comprehensive credit monitoring service is Equifax Credit Watch Gold.

12.     A description of the Equifax Credit Watch Gold program is posted on the D.C. Government's website and attached as Exhibit D to this Declaration. See http://newsroom.dc.gov/show.aspx?agency=cfo&section=2&release=6359&year=2006&file=file .aspx%2frelease%2f6359%2fLaptop-Safeguarding_Personal_Information.pdf.        The Credit Watch Gold program provides a credit monitoring system, which notifies customers of any changes made to their credit files at any of the three major credit agencies (Equifax, Experian, and Trans Union). It provides the customer a free annual copy of this "3-in-1" credit report and unlimited free copies of his or her Equifax credit report.    And it provides up to $20,000 in identity fraud expense coverage, which reimburses customers for a wide range of expenses associated with identity theft — including lost wages for work absences incurred to respond to identity theft, expenses for long-distance phone calls and mailings, and attorneys fees for defending suits brought by creditors or collection agencies. Equifax Gold customers pay no deductible for any claims made under this identity fraud expense coverage.

3

13.    By letter of June 21, 2006 to D.C. Mayor Anthony Williams, ILIAC pledged to provide free comprehensive credit monitoring and fraud expense coverage "for as long as necessary to protect the participants." In addition, ILIAC pledged to **make the participants whole**" in the event that "**this incident results in any loss or expense to participants not covered by the Equifax coverage**" — which ILIAC refers to as the "hold harmless" pledge. A copy of this letter is attached as Exhibit E to this Declaration.

14.    ILIAC has memorialized its pledge of lifetime credit monitoring and fraud expense coverage, as well as its "hold harmless" pledge to reimburse "anyone who experiences a loss stemming from the laptop theft incident in excess of the $20,000 fraud expense coverage," in a letter to Plan Participants posted on its website and attached as Exhibit F to this Declaration. See  http://www6.ingretirementplans.com/SponsorExtranet/DC457/summary.pdf.    In addition, ILIAC has promised: "If further steps are required to protect customers, we will take those steps." http://www6.ingretirementplans.com/SponsorExtranet/DC457/paperRegistration.pdf.

15.    In cooperation with the D.C. Government, ILIAC conducted information and registration seminars at D.C. Government locations throughout the District to help Plan Participants enroll in the ILIAC-funded Equifax program. Information regarding these seminars was posted on the D.C. Government website and on ILIAC's website. See Ex. G (schedule), available at http://cfo.dc.gov/cfo/cwp/view,A,1323,Q,635834.asp; Ex. E (June 21 Letter); Ex. F (D.C. Plus Letter). These sessions were held daily during the weeks of July 10 and 17, 2006.

16.    In a July 17, 2006 letter to ILIAC, Equifax senior vice president Dodge McFall stated that ILIAC's actions "raised the bar" in terms of offering comprehensive responses to data breach incidents. In particular, Mr. McFall observed that ILIAC's purchase of Equifax's "most comprehensive solution," for as long as the customer wishes it, is "unparalleled today." Mr.

4

McFall also observed that ILIAC's on-site enrollment sessions to register for Equifax Gold were "a first." A copy of this letter is attached as Exhibit H to this Declaration.

17.    On Thursday, August 31, 2006, ILIAC began sending follow-up letters to all Plan Participants describing the Equifax Gold program and "hold harmless" pledge, urging the Plan Participants to sign up for Equifax Gold coverage, and providing instructions for how to apply for Equifax Gold. Copies of these letters are attached as Exhibit I to this Declaration.

18.    After the laptop theft, ILIAC examined the laptop computers of its representatives and representatives to ensure that encryption technology (which includes password protection) were installed.

19.    I have read this entire Declaration and understand that which is set forth herein. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

J. Robert Bolchoz

Executed on: _31 August 06_

# EXHIBIT A

Jun-19-06    08:03pm    From-7th District---ICE STATION                    202-698-        T-912  P.001   F-881
06-19-06    13:22    From-MPD 6D                                           202 727 8548    T-800  P.001/004  F-840
                                                                                           0  |  |/  Washington, D.C.

**Metropolitan Police Department**

| TYPE OF REPORT | DATE AND TIME OF EVENT | | | DATE OF REPORT | TIME OF REPORT | | | |
|---|---|---|---|---|---|---|---|---|
| Offense / Incident | 1 06 19:00 | 1 06 14:03 | | 1 06 8:00 | 6 04 07 74 | | | |

SUBJECTED HATE CRIMES

EVENT NO. 1

**Burglary II**

| FORCED ENTRY | POINT OF ENTRY | Method Used | Tools Used | WEATHER CONDITIONS |
|---|---|---|---|---|
| Yes / No | | | | Clear / Rain / Other / Unknown |

LOCATION TYPE

DESIGNATED AREAS

| NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | RELATED TO EVENT NO(s) | NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1 | RELATED TO EVENT NO(s) |
|---|---|---|---|

VICTIM TYPE

HOME ADDRESS
1124    4um  19

Jun-18-06  08:08pm  From-7th District ~ ICE STATION     202-698-     T-812  P.002  F-961
06-18-06  13:22    From-MPD CO                          202 727 5540  T-808  P.002/004  F-948

| Property | | |
|---|---|---|
| Code | Description of Items | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |

Codes: S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Abandoned drop type, L = Lost, P = Suspected proceeds of crime, Q = Other

| Code | Description of Items | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| S | AIRJET AIR COMPRESSOR | UNK | UNK | Blue Yellow | | 1 | $185.00 | 2 | $90-00 |
| S | PORTER CABLE NAIL GUN | UNK | UNK | Grey | | 1 | $80.00 | 6 mo | $250.00 |

Total: $340.00

M/A

PAGE  02/04        SOCC MPDC        2827274106   11:11  06/22/2006

Jun-18-06    06:03pm    From-7th District Police Station
06-18-06    19:22    From-MPD 80

202-608-
202 727 8540

T-912    P.003    F-861
T-888    P.003/004    F-848

| | PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | | | | COMPLAINT NUMBER |
|---|---|---|---|---|---|---|---|

PROBABLE CAUSE OF ABSENCE AND DESTINATION

IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED:    CLASSIFICATION    CLASSIFIED BY:
☐ Critical
☐ Non-critical

PHYSICAL/MENTAL CONDITION (i.e., diabetic)    DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED    NAME OF PARENT/GUARDIAN

ADDRESS OF PARENT/GUARDIAN    IF JUVENILE, ENTER MOTHER'S MAIDEN NAME    MISSING PERSON SECTION NOTIFIED (Name)

NARRATIVE    Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

On the listed date and time, R-1 stated that an unknown suspect entered the listed residence and removed the listed property. An investigation revealed that the right basement window glass was broken.

R-1 further stated that that he believed additional property could also be missing, but c-1 would have to confirm. R-1 was hired by C-1 to do home improvements inside and outside of the listed residence. C-1 was not on scene to be interviewed.

| | | | | | |
|---|---|---|---|---|---|
| MEMBER'S NAME (Last, First, M.I.) KLEIN | | NAME OF INVESTIGATOR NOTIFIED Det Myers | | TELETYPE NOTIFIED (Name) | TELETYPE # |
| REPORTING OFFICER'S SIGNATURE | ELEMENT GD | OTHER POLICE AGENCY ☐ USCP ☐ USSS ☐ METRO TRANSIT ☐ OTHER | SECOND OFFICER'S NAME | ELEMENT | SIGNATURE OF SUPERVISOR ELEMENT |

Jun-18-06   08:04pm   From-7th District POLICE STATION
08-18-06    14:31     From-MPD 6D

202-588-
202 727 8540

T-912   P.006/021   F-861
T-801   P.001/001   P-850

P.D. 252 Rev. 10/86     Metropolitan Police Department   SUPPLEMENT REPORT   Washington, D.C.

[ ] Classification Change   [X] Additional Information

6D   604   B-II   077-420
06/12/06   6D

06/10/06   2100hrs   1945   House   WINDOW   UNK   Smashed

SUSPECT   UNK

**SOLVABILITY FACTORS**

Smashed Window

**ADDITIONAL STOLEN PROPERTY**

| Code | ITEM | | SERIAL NO. | OPERATION ID NO. | MODEL NO. | COMP. VALUE | MPD VALUE |
|---|---|---|---|---|---|---|---|
| S | Air Compressor | 1 | UNK | | UNK | $400.00 | $100.00 |
| S | Playstation (Sony) | 1 | UNK | | UNK | $175.00 | $45.00 |
| S | Laptop computer (Gateway) | 1 | UNK | | UNK | $1100.00 | $100.00 |

$525.00

**NARRATIVE:**
STOLEN Items Continued #Sony DVD Player Black in color 6 months old - $80.00 - MPD VALUE - $20.00.
9 can's of Miller Lite Beer Silver in color - Comp $10.00 - MPD $5.00
2 Jar's of Change - Clear in color - Comp $300.00 - MPD $300.00

McKenna 2588 6D

SOCC MPDC

2027274106   06/22/2006   11:11

PAGE 04/04

# EXHIBIT B

| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |
|---------|----------|-----------|----------|----------|----------------|







## Office of the Chief Financial Officer

**OCFO HOME**

**NEWS ROOM**
Releases
Advisories
Testimonies

**2006 Listing**
Jan  Feb  Mar  Apr
May  Jun  Jul  Aug
Sep  Oct  Nov  Dec

**2005 Listing**
Jan  Feb  Mar  Apr
May  Jun  Jul  Aug
Sep  Oct  Nov  Dec

**2004 Listing**
Jan  Feb  Mar  Apr
May  Jun  Jul  Aug
Sep  Oct  Nov  Dec

<< previous

**SERVICES**

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

Releases    Advisories    Testimonies

June 16, 2006

## Laptop With Personal Data of DC's Retirement Plan Participants Stolen

ING US Financial Services announced that on June 12, an ING agent who supports the District of Columbia's 457 Deferred Compensation Plan (DCPlus) discovered that his home had been burglarized, and along with many of his personal possessions, his laptop for work had been stolen. The laptop, which was not encrypted and did not have password protection, was populated with personal data, including the Social Security numbers of approximately 13,000 DCPlus retirees and plan participants.

"This is an unfortunate situation, and we regret that it has occurred," said Brian Comer, president, ING Life Insurance and Annuity Company. "While all of the evidence surrounding the burglary suggests that the laptop was stolen for its value as hardware, not for the purpose of misappropriating the data, we take this very seriously, and are taking significant steps to protect the DCPlus retirees and plan participants."

ING is taking the following steps to protect plan participants:

- ING is mailing a comprehensive letter to notify all impacted people immediately;
- ING has arranged for 12-months of credit monitoring and identity fraud protection through Equifax. Enrollment instructions are available below, and are included in the letter to customers;
- ING will pay for the identity fraud protection product provided from Equifax; and
- ING is working with the District of Columbia Police Department and other appropriate authorities to fully investigate this matter. ING has also hired a private investigation firm to coordinate with the authorities to strengthen our investigation.

ING has a comprehensive review process underway to ensure that all laptops have the proper encryption and password protection.

- About Equifax Credit Watch*
- Equifax Credit Watch Enrollment Form*

* This document is presented in Portable Document Format (PDF). A PDF reader is required for viewing. Download a PDF Reader or Learn More About PDFs.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic
| Agencies | DC Council
| Search | Elected
Officials

Feedback | Translations
| Accessibility | Privacy &
Security | Terms &
Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT C

ING
151 Farmington Avenue
Hartford, CT 06156

June 19, 2006

Name
Address1
Address2
City, State ZIP

Dear Plan Participant:

ING Life Insurance and Annuity Company ("ING") provides investment advice, administrative services and recordkeeping to you as a current participant or retiree in the District of Columbia 457 Deferred Compensation Plan (DCPlus). **We are writing to make you aware of an important situation that requires your immediate attention.**

On the morning of June 12, 2006, an ING agent who supports the District of Columbia DCPlus discovered that his home in Southeast, D.C. had been ransacked - his laptop, along with many of his other possessions, had been stolen. The laptop was populated with personal data – including name, address and Social Security Number – of DCPlus retirees and plan participants, including yours. The laptop was not encrypted or password protected.

All of the evidence surrounding the burglary suggests that the laptop was stolen for its value as hardware, not for the purpose of misappropriating the data, but we feel it is important to make you aware of this situation.

ING takes this issue very seriously, and we want to provide you with information you can use to protect yourself against potential fraud and identity theft. Most importantly, we want to assist you in signing up for 12 months of credit monitoring and identity fraud expense coverage at our expense. We have arranged with Equifax, a leading credit reporting agency, to enroll you in these programs if you are interested. You may enroll at www.equifax.com or call 1-877-478-7625. We encourage you to read the enclosed information so you can utilize these services.

We have created a special phone number which you can use if you have questions about any of this information. You can reach us on this dedicated line at 1-888-354-0800. Operators will be available to you starting Tuesday June 20th and thereafter, Monday through Friday, 8:00 am to 8:00 pm, EDT.

We deeply regret any inconvenience this incident may cause you. Please know that we stand ready to do our best to answer your questions and assist you in accessing the services described above.

Sincerely,

Brian D. Comer
President, ING Life Insurance and Annuity Company

Attachment

> To take advantage of
> Equifax services, please
> use the following
> promotional code:
> **EQ Code**

# EXHIBIT D

## Safeguarding Your Personal Information

### *Equifax Credit Watch™ Gold with 3-in-1 Monitoring*

Credit Watch will provide an "early warning system" to changes to your credit files and help you to understand the content of your Equifax credit file. Equifax Credit Watch Gold with 3-in-1 Monitoring provides you with a 1 year membership service, including the following features:

- Comprehensive credit files monitoring, with daily notification of key changes to your credit files at any of the three major credit agencies (Equifax, Experian and Trans Union)
- One copy of your 3-in-1 Credit Report and unlimited copies of your Equifax Credit Report™
- Up to $20,000 Identity Fraud Expense Coverage† with $0 deductible at no additional cost to you. (Certain limitations and exclusions apply.)
- Premium Customer Care 24 hours a day, 7 days a week to assist you in understanding the content of your credit information.

### *To Take Advantage of this Service:*

Equifax has a simple, internet-based verification and enrollment process. If you would like to take advantage of this service, please complete this registration process before placing a security alert on your file (see below). Please visit: www.myservices.equifax.com/tri

- *Register:* Complete the form with your contact information. The information is collected in a secured environment
- *Verify Your Identity:* Equifax will verify your identity by asking you up to two security questions
- *Enter Your Unique Promotional Code:* During the "check out" process, provide the promotional code included on your letter from ING. Entering this code eliminates the need to provide a credit card number for payment. Note that the code is case sensitive and no spaces should be used – you must enter the code exactly as it is shown on the letter including the "dash". After entering your code press the "Apply Code" button and then the "Submit" button at the bottom of the page.
- *Visit the Member Center:* Under "Product List" select **Credit Watch Gold with 3-in-1 Monitoring** to access the product features.

If you do not have access to the Internet or wish for any other reason to enroll in Credit Watch via US mail, please complete the enclosed form and fax or mail it to the number/address listed on the form. You will need the Promotional Code to enroll.

### *Fraud Alert Option*

If you choose not to utilize the full credit monitoring service described above, you may still want to consider placing a fraud alert on your credit bureau file. This is a free option that will request that creditors verify your identity before increasing credit lines or opening a new account. This provides an added layer of protection, but you should be aware that the presence of a fraud alert may limit your ability to receive instant credit for in-store purchases that you plan to take possession of immediately.

Once you notify one of the agencies listed below, the fraud alert will be verified and the other agencies will be informed on your behalf. You will receive a free credit report from each agency.

| **Equifax** | **Experian** | **Trans Union** |
|---|---|---|
| www.equifax.com | www.experian.com | www.transunion.com |
| 877-478-7625 | 888-397-3742 | 800-680-7289 |

**In addition, more general guidance on protecting against identity theft can be found at the Federal Trade Commission's website at http://www.consumer.gov/idtheft/**

† Identity Fraud Coverage Insurance underwritten by Travelers Casualty and Surety Company of America and its property casualty affiliates, Hartford, CT 06183. Nothing stated herein affects the terms, conditions and coverages of any insurance policy issued by St. Paul Travelers, nor does it imply that coverage does or does not exist for any particular claim or type of claim under any such policy.



# EXHIBIT E



**Kathleen A. Murphy**
ING U.S. Group President
151 Farmington Avenue, TN42
Hartford, CT 06156
Tel: (860) 723-3586
Fax: (860) 723-2266
Kathleen.Murphy@us.ing.com

June 21, 2006

The Honorable Anthony A. Williams
Mayor
Government of the District of Columbia
1350 Pennsylvania Avenue, NW
Washington, DC 20004

**RE: DCPlus 457 Plan**

Dear Mayor Williams:

On behalf of the entire ING organization, I want to apologize and express deep regret for the recent laptop theft incident. Although all the evidence indicates the laptop was stolen for its hardware value, not for the data it contained, we deeply regret the fact that a laptop belonging to an ING agent containing customer personal information was being used without encryption or password protection.

We are committed to doing everything in our power to help the DCPlus participants through this process, mitigate their risk and satisfy you that ING is committed to taking action to prevent this kind of incident from happening in the future.

With respect to DCPlus participants whose data was involved in this incident, we have arranged with Equifax for comprehensive credit monitoring and fraud expense coverage at our expense as we discussed last week. We are committed to making this service available for as long as necessary to protect the participants. The Equifax package is described in the notice letters mailed on June 19 to the affected participants, together with instructions for how to enroll. In order to facilitate the Equifax enrollment process, we are also prepared to have customer service representatives present at various worksite locations to explain the Equifax package to participants and assist them with enrollment. **If this incident results in any loss or expense to participants not covered by the Equifax coverage, ING will make the participants whole for that loss or expense.**

Page 2

I want you to know that ING takes information security very seriously. Over the past several years as information risks, industry standards and technology solutions have evolved, we have focused on improving our mainframe and other core technology safeguards, customer transactional security and encryption capability for applications involving customer personal information.

As a result of this incident, beginning last weekend, we took several important action steps. We implemented an aggressive country-wide "lock-down" of laptops containing individual personal information – no ING laptop will be taken out of a secure office environment until we have confirmed that it is already fully encrypted or has had encryption installed on it. ING personnel have been told that there is zero tolerance for non-compliance with the "lock-down" and any needed additional encryption. As part of a comprehensive information security review, we have retained Kroll Security Services, a recognized leader in information security, to review our policies, evaluate the encryption technology we currently employ and generally advise us as to industry best practices. We also hired a private investigative firm to work with and augment the efforts of local law enforcement in locating the stolen laptop and identifying those responsible for the theft.

It is extremely disappointing that after all the work the DCPlus Plan administration has done with ING over the past five years to build good communication and increase participation in the plan, an incident like this has occurred. We take our responsibilities to plan sponsors and participants very seriously. With respect to this security incident, ING takes full responsibility and is completely committed to taking all the necessary steps to prevent an incident like this from happening again.

Sincerely,

Kathleen A. Murphy
ING U.S. Group President

cc.    Natwar M. Gandhi
       Lasana Mack
       Craig Small
       Brenda Mathis

# EXHIBIT F



# DC 457 Deferred Compensation Plan

## Summary of Protections Being Offered by ING

ING wants to help you, as a DCPLUS participant, protect yourself against potential fraud or identity theft and has made arrangements with Equifax, a leading credit reporting agency. At our expense, we will offer you Credit Monitoring and Fraud Expense Coverage using Equifax's top-of-the-line "Gold 3-in-1" service. Equifax also offers, free of charge, *Fraud Alert*. We strongly urge you to enroll as soon as possible for both services using the following instructions.

### Credit Monitoring and Fraud Expense Coverage

This service will *monitor your credit file daily*, as reported by the three major credit reporting agencies, and give you notice of any unusual activity (via e-mail if you register on-line, and via U.S. mail if you register by phone or using paper).

Each registration option requires the unique promotional code that was mailed to you. To register:

• **On-line** – Go to www.myservices.equifax.com/tri; call 1-866-640-2273 if you need help with on-line registration. (Your promotional code, entered in Step 3 of the on-line registration process, will indicate to Equifax that ING will pay for your account; you will not need to enter personal credit card information.)
• **By Phone** – Call Equifax at 1-800-437-4619, and select Option 1, and Option 1 again.
• **Using Paper** – Complete and fax or mail the enclosed enrollment form to Equifax using the address or phone number indicated on the form.

| Tips for Credit Monitoring registration with Equifax: |
| --- |
| 1. Consider registering in private; personal financial information is required during the registration process. |
| 2. Cost for the Equifax protection service will be covered by ING; please use your promotional code (use all capital letters; no spaces, and include the hyphen). |
| 3. Your Social Security Number is required for registration. Drivers License number, an email address and validation of some personal credit information (i.e. mortgage or loans) are required for on-line registration. |
| 4. If you need help with on-line registration, you can call Equifax at 1-866-640-2273. |

### Fraud Alert

To sign up for Equifax's free Fraud Alert service, call 1-877-478-7625. **(You must enroll in Fraud Alert separately from Credit Monitoring.)** Fraud Alert will notify you if individuals other than yourself try to open new accounts using your information. Just follow these instructions to register:

•     Dial 1-877-478-7625
•     Press 1 to place a Fraud Alert
•     Enter your personal Social Security Number
•     Enter your two digit year of birth (ex: if born in 1977, enter 77) then press #
•     Enter the numeric portion of your address (ex: if your address is 123 Main St., enter 123) then press #
•     Enter daytime phone number if applicable (for creditors to call if credit is trying to be granted)
•     Enter evening phone number if applicable (for creditors to call if credit is trying to be granted)
•     Write down your Confirmation Number for your records

A Fraud Alert stays on your credit file for 90 days and can be re-added every 90 days for as long as you wish.

### Call ING with Questions

ING has created a dedicated toll-free phone number for questions about any of this information. Operators will be available Monday through Friday, 8:00 am to 8:00 p.m., EDT at 1-888-354-0800.

ING will pay for your enrollment in the Equifax comprehensive "Gold 3-in-1" credit monitoring and fraud expense coverage service for an initial one year period. Thirty (30) days before expiration of the initial one year period, you will receive notice from Equifax that you have 30 days to extend your enrollment in the "Gold 3-in-1" program at ING's expense.

ING will reimburse any person who experiences a loss stemming from the laptop theft incident in excess of the $20,000 fraud expense coverage available under the Equifax "Gold 3-in-1" program once and for as long as they are enrolled in Equifax Credit Watch™ 3-in-1 monitoring.

Equifax is an independent agency and not a corporate affiliate of any ING company.
ING Life Insurance and Annuity Company, 151 Farmington Avenue, Hartford, CT 06156.
C06-0705-008R (07/2006) ART.G.P.GC.1530





# DC 457 Deferred Compensation Plan

**DCPLUS Participants**

## On-line Registration for Equifax Gold 3-in-1 Service

This service will *monitor your credit file daily,* as reported by the three major credit reporting agencies, and give you notice of any unusual activity via e-mail when you register on-line.

Registration requires the unique promotional code that was mailed to you. You can also obtain this code by speaking with an ING representative at this session.

Go to www.myservices.equifax.com/tri

**Step 1  Enter:**
- Name
- Address
- Telephone Number
- Social Security Number
- Date of Birth
- E-mail Address
- User Name
- Password

**Step 2   Verify Identity**
Equifax will verify your identity by asking for a selection of information, which could include your Driver's License Number and / or information about a mortgage and other loans

**Step 3   Enter Promotional Code**
Enter the promotional code provided to you by ING; this will signal to Equifax that ING will pay for your service; *you do not have to enter your personal credit card information.*

**Step 4   Access Credit Monitoring Service**
Your promotional code, entered in Step 3 of the on-line registration process, will indicate to Equifax that ING will pay for your account; you will not need to enter personal credit card information.)

**If you need help with on-line registration, you can call Equifax at 1-866-640-2273.**

### DC Locations for On-Line Registration
July 10-July 14: Judiciary Square, Room 345S
July 10th:  Judiciary Square -Level 1C,
July 13th:  Judiciary Square -Room 845 N
July 14th:  Judiciary Square- Level 1C

### Other Locations for On-Line Registration
July 11th: 64 New York Ave., N.E., 5th Flr.
July 12th: 2000 14th Street, N.W., 2nd Flr.
July 13th: 1901 D Street, S.E., Training Room
July 14th: 215 G Street, N.E., Large Mtg. Room

### Call ING with Questions
ING has created a dedicated toll-free phone number for questions about any of this information.  Operators will be available Monday through Friday, 8:00 am to 8:00 p.m., EDT at 1-888-354-0800.

ING will pay for your enrollment in the Equifax comprehensive "Gold 3-in-1" credit monitoring and fraud expense coverage service for an initial one year period.  Thirty (30) days before expiration of the initial one year period, you will receive notice from Equifax that you have 30 days to extend your enrollment in the "Gold 3-in -1" program at ING's expense.

ING will reimburse any person who experiences a loss stemming from the laptop theft incident in excess of the $20,000 fraud expense coverage available under the Equifax "Gold 3-in-1" program once and for as long as they are enrolled in Equifax Credit Watch™ 3-in-1 monitoring.  If further steps are required to protect customers, we will take those steps.

Equifax is an independent agency and not a corporate affiliate of any ING company.
ING Life Insurance and Annuity Company, 151 Farmington Avenue, Hartford, CT 06156.
C06-0705-008R (07/2006) ART.G.P.GC.1530





# DC 457 Deferred Compensation Plan

## DC**PLUS** Participants

## Paper Registration for Equifax Gold 3-in-1 Service On-line

This service will *monitor your credit file daily*, as reported by the three major credit reporting agencies, and give you notice of any unusual activity via U.S. mail when you register using the paper enrollment form.

Registration requires the unique promotional code that was mailed to you. You can also obtain this code by speaking with ING.

**The form requires the following information**
- Name
- Address
- Telephone Number
- Social Security Number
- Date of Birth
- Street Address
- Daytime Telephone Number
- Unique Promotional Code

**Step 1   Print the Form**

**Step 2   Complete the Form**

**Step 3   Fax the Form to: 1-888-729-0083**
**OR**

    **Mail the Form to:**
        **Equifax Consumer Services**
        **PO Box 105496**
        **Atlanta, GA  30348**

**IMPORTANT:  When the form is completed it contains your personal data.  If you fax the form to Equifax, make sure you collect any confirmations that might reproduce any of the content of your completed form.  Do not leave the completed form in an unsecured location.**

## Call ING with Questions

ING has created a dedicated toll-free phone number if for questions about any of this information.  Operators will be available to you Monday through Friday, 8:00 am to 8:00 p.m., EDT at **1-888-354-0800**.

ING will pay for your enrollment in the Equifax comprehensive "Gold 3-in-1" credit monitoring and fraud expense coverage service for an initial one year period.  Thirty (30) days before expiration of the initial one year period, you will receive notice from Equifax that you have 30 days to extend your enrollment in the "Gold 3-in -1" program at ING's expense.

ING will reimburse any person who experiences a loss stemming from the laptop theft incident in excess of the $20,000 fraud expense coverage available under the Equifax "Gold 3-in-1" program once and for as long as they are enrolled in Equifax Credit Watch™ 3-in-1 monitoring.  If further steps are required to protect customers, we will take those steps.

Equifax is an independent agency and not a corporate affiliate of any ING company.
ING Life Insurance and Annuity Company, 151 Farmington Avenue, Hartford, CT 06156.
C06-0705-008R (07/2006) ELC.G.P.GC.81



**EQUIFAX**

enlighten | enable | empower

**Equifax Credit Watch™ by Mail with 3-in-1 Monitoring Enrollment Instructions**

## Complete all of the information below and mail or fax to receive your Equifax Credit Watch™ by mail with 3-in-1 Monitoring.

Please use a Black or Blue pen and write your responses in PRINTED CAPITAL LETTERS without touching the sides of the boxes like the examples below.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   0 1 2 3 4 5 6 7 8 9

**Social Security Number**

☐☐☐ - ☐☐ - ☐☐☐☐

**Date of Birth**

☐☐ / ☐☐ / ☐☐☐☐
Month      Day        Year

**First Name**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**M.I.**

☐

**Last Name**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**JR, SR, III, etc.**

☐☐☐☐

**Current Mailing Address**

☐☐☐☐☐   ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
House Number      Street Name

☐☐☐☐☐☐☐☐☐☐☐☐
Apartment Number / Private Mailbox

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐   ☐☐☐☐☐
City                                              State      Zip Code

**Gender**

☐
(M/F)

**Daytime Telephone Number**

( ☐☐☐ ) ☐☐☐ - ☐☐☐☐

**Promotion Code**

FRD-_____
Must Fill In to Obtain Product

### Fair Credit Reporting Act

I authorize Equifax Consumer Services, Inc. ("Equifax") to obtain my credit report and monitor my credit file at one or more consumer reporting agencies, as necessary for me to receive Equifax Credit Watch™ (the "Service"). I understand that Equifax cannot accept authorization from any person other than the individual joining the service and confirm that I am at least 18 years of age and I am requesting my own personal information. I understand that there will be additional terms and conditions included in the Service materials that I will receive, including without limitation additional provisions regarding cancellation rights, and limitations on Equifax's liability, and I will be bound by those terms and conditions unless I immediately cancel the Service upon receipt of the complete terms and conditions.

_____    _____    _____
Signature (Required)                    Date           E-Mail Address (Optional)

**Please return this form by either:**

| FAX: | MAIL: |
|---|---|
| 1-888-729-0083 (toll-free) | Equifax Consumer Services |
| | P.O. Box 105496 |
| | Atlanta, GA 30348 |

# EXHIBIT G





## Office of the Chief Financial Officer





OCFO HOME

SERVICES

INFORMATION

ONLINE SERVICE
REQUESTS

## 457 Deferred Compensation Plan

### Equifax Enrollment Seminars

If you are enrolled in the District's 457 Deferred Compensation Plan (DCPlus), we strongly urge you to protect your personal data by taking advantage of Equifax Credit Monitoring 3-in-1 Gold services, at ING's expense.

ING is conducting information and registration seminars throughout the District to help participants register with Equifax. We strongly encourage you to attend a session to enroll and to take advantage of these Equifax services. An employee of ING will also be available to answer your questions.

If you have any questions or need further information, please call ING at 1-888-354-0800.

| Seminar Location | Address | Date | Start Times |
|---|---|---|---|
| Department of Human Services | 810 1st Street, NE 10th floor Conference Room | July 17, 2006 | 8 am 10 am 12 noon |
| Council, Mayor's Office, OCFO | 1350 Pennsylvania Avenue, NW 4th floor, Room 412 | July 18, 2006 | 8 am 10 am |
| OCFO | 941 North Capitol Street, NE 4th floor, Training Room A | July 18, 2006 | 1 pm 3 pm 5 pm |
| Department of Public Works | 1725 15th Street, NE | July 20, 2006 | 8 am 10 am 12 noon 2 pm |
| Judiciary Square | 441 4th Street, NW 1st floor, Council Chambers (South Side) | July 21, 2006 | 8 am 10 am 12 noon 2 pm 4 pm |

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by
Topic | Agencies | DC
Council | Search |
Elected Officials

Feedback | Translations
| Accessibility | Privacy &
Security | Terms &
Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT H

PERSONAL SOLUTIONS

Dodge McFall
Senior Vice President

Equifax Consumer Services, Inc.
1550 Peachtree Street NW
Atlanta, GA 30309
404-885-8944
404-885-8922 FAX

**EQUIFAX**

July 17, 2006

Kathleen A. Murphy
ING U.S. Group President
151 Farmington Avenue, TN42
Hartford, CT 06156-8975

Dear Kathleen:

I wanted to take the time and commend you and your entire team at ING on how well you've responded to the data breach event impacting the participants of the Deferred Compensation Plan offered to the employees of the District of Columbia.

As you know we have handled over 160 data breach events in the last 18 months, representing more than 50% of reported breaches. Over that time, we've witnessed some "best in class" responses on behalf of either customers or employees whose data has been compromised by the institution.

I believe in this instance that ING has raised the bar in terms of the "best in class" responses, and specifically on three levels.

1. Offering Equifax's most comprehensive solution, Credit Watch ™ Gold with 3 in 1 Monitoring "indefinitely" based on the customer's need is unparalleled today.
2. Providing on-location training sessions regarding the event, the product offering and how to enroll, in our experience is also a first for these sorts of programs, and
3. Including and funding members of Equifax's Data Intrusion Response Team to participate with ING in these training sessions is also a demonstration of your commitment to provide the best information, at the easiest location to those impacted by this unfortunate event.

As your partner assisting you through this difficult situation, I wanted to take the time and commend you and your team on "raising the bar."   It's partners like yourselves that ultimately enable us to improve our products, programs and services.

Thank you for allowing us to partner with you on this important program, and if you should have any additional needs, please don't hesitate to contact me directly.

Kindest regards,

Dodge McFall

# EXHIBIT I

# ING 

ING
151 Farmington Avenue
Hartford, CT 06156

August 31, 2006

«First_Name»«Middle_Initial»«Last_Name»
«Addr1»
«Addr2»
«Addr3»
«City», «State» «Zip»

Re: ING Protection Offer - Equifax Credit Monitoring Service

Dear District of Columbia 457 DCPlus or 401(a) Plan Participant:

ING Life Insurance and Annuity Company ("ING") communicated with you in June 2006 about the theft of an ING agent's laptop computer which contained your personal information. All of the evidence strongly suggests that the laptop was taken for its hardware value, not for information contained on it.

As a precaution, however, ING urged you to take steps to protect yourself against any possible misuse of your personal information. ING arranged with Equifax, the leading credit reporting agency, to offer you at ING's expense enrollment in Equifax's top-of-the-line "Gold 3-in-1" credit monitoring and fraud expense coverage program for as long as you choose to stay enrolled.

ING is happy that you have chosen to enroll in the Equifax "Gold 3-in-1" program and we want to take this opportunity to summarize several important points about the Equifax program and other additional protections being offered to you by ING:

- **Equifax "Gold 3-in-1" credit monitoring service** - reviews your credit file daily, as reported by the three major credit reporting agencies, and alerts you of any unusual activity that might signal attempted identity theft such as new account openings, name or address changes, credit limit changes, requests for credit reports).

- **Equifax "Gold 3-in-1" fraud expense coverage** - will pay up to $20,000 (with no deductible) for certain expenses stemming from identity theft such as lost wages for time off to deal with identify theft issues; loan application fees for re-filings where rejection results from erroneous credit information; long distance phone calls, etc.

- **Equifax fraud alert service** - (offered by Equifax free of charge; please follow Equifax' separate enrollment and renewal instructions for this service) which places an "alert" on your credit file requiring creditors and lenders to contact you before opening a new credit account in your name.

- **Additional ING Protections** – in addition to paying for your enrollment in the Equifax "Gold 3-in-1" program, ING is committed to reimbursing you for any economic losses stemming from the laptop theft incident not covered by the Equifax fraud expense coverage. If you report an economic loss stemming from the laptop theft incident not covered by the Equifax fraud expense coverage, Equifax will present your claim to ING.

- **Easier Renewal in Equifax "Gold 3-in-1" Program** – ING has arranged with Equifax to make the renewal process quick and easier for you. You will receive notice 30 days before your enrollment in the "Gold 3-in-1" program expires each year. In that notice you will be given a special promotional code and renewal instructions which you can use to renew your enrollment in the "Gold 3-in-1" program for the following year at ING's expense. **ING will pay for your continued enrollment in the "Gold 3-in-1" program for as many years as you choose to renew your enrollment.**

Once again, we are happy that you have taken advantage of enrolling in the Equifax "Gold 3-in-1" program. ING deeply regrets any concerns the laptop theft incident may have caused you. We hope that the steps we've taken to assist you to protect yourself demonstrate our commitment to do the right thing for you as our customer.

Very truly yours,

Brian D. Comer
President, ING Life Insurance and Annuity Company



ING
151 Farmington Avenue
Hartford, CT 06156

August 31, 2006

«First_Name»«Middle_Initial»«Last_Name»
«Addr1»
«Addr2»
«Addr3»
«City», «State» «Zip»

Re: ING Protection Offer - Equifax Credit Monitoring Service

Dear District of Columbia 457 DCPlus or 401(a) Plan Participant:

ING Life Insurance and Annuity Company ("ING") communicated with you in June 2006 about the theft of an ING agent's laptop computer which contained your personal information. All of the evidence strongly suggests that the laptop was taken for its hardware value, not for information contained on it.

As a precaution, however, ING is recommending that you take steps to protect against any possible misuse of your personal information. To assist you, ING arranged with Equifax, the leading credit reporting agency, to offer you at ING's expense enrollment in Equifax's top-of-the-line "Gold 3-in-1" credit monitoring and fraud expense coverage program for as long as you choose to stay enrolled. Information regarding this program was provided in prior letters to you and is also available via the DCPlus website.

**Thus far, you have not chosen to enroll in the Equifax "Gold 3-in-1" program. We encourage you to do so now.** Using the promotional code referenced in the shaded box at the end of this letter, you can enroll on-line, by phone, by fax or by U.S. Mail as described below:

- **On-line** – Go to www.myservices.equifax.com/tri and follow the registration instructions. You can call Equifax at 1-866-640-2273 if you need help with on-line enrollment.

- **By phone** – Call Equifax at 1-800-437-4619 and select Option 1 at the initial prompt and Option 1 again at the second prompt.

- **Using paper** – Complete and return the enclosed enrollment form to Equifax by using either the fax number or U.S. mailing address provided on the form.

K1078

To assist you in deciding whether to enroll at this time, we would like to bring to your attention several important points about the Equifax program and other additional protections being offered to you by ING:

- **Equifax "Gold 3-in-1" credit monitoring service** - (paid for by ING) reviews your credit file daily, as reported by the three major credit reporting agencies, and alerts you of any unusual activity that might signal attempted identity theft (for example, new account openings, name or address changes, credit limit changes, requests for credit reports).
- **Equifax "Gold 3-in-1" fraud expense coverage** - (paid for by ING) will pay up to $20,000 (with no deductible) for certain expenses stemming from identity theft such as lost wages for time off to deal with identify theft issues; loan application fees for re-filings where rejection results from erroneous credit information; long distance phone calls, etc.
- **Equifax fraud alert service** - (offered by Equifax free of charge; please follow Equifax' separate enrollment and renewal instructions for this service) which places an "alert" on your credit file requiring creditors and lenders to contact you before opening a new credit account using your name.
- **Additional ING Protections** – in addition to paying for your enrollment in the Equifax "Gold 3-in-1" program, ING is committed to reimbursing you for any economic losses stemming from the laptop theft incident not covered by the Equifax fraud expense coverage.
- **Easier Renewal in Equifax "Gold 3-in-1" Program** – ING has arranged with Equifax to make the renewal process quick and easier for you. You will receive notice 30 days before your enrollment in the "Gold 3-in-1" program expires each year. In that notice you will be given a special promotional code and renewal instructions which you can use to renew your enrollment in the "Gold 3-in-1" program for the following year at ING's expense. **ING will pay for your continued enrollment in the "Gold 3-in-1" program for as many years as you choose to renew your enrollment.**

**Once again, we encourage you to take advantage of enrolling in the Equifax "Gold 3-in-1" program at ING's expense.** ING deeply regrets any concerns the laptop theft incident may have caused you. We hope that the steps we've taken to assist you to protect yourself demonstrate our commitment to do the right thing for you as our customer.

Very truly yours,

Brian D. Comer

Brian D. Comer
President, ING Life Insurance and Annuity Company

To take advantage of
Equifax services,
please use the
following promotional
code:
«EQCode»

Enclosure

# Safeguarding Your Personal Information

## *Equifax Credit Watch*™ *Gold with 3-in-1 Monitoring*

Credit Watch will provide an "early warning system" to changes to your credit files and help you to understand the content of your Equifax credit file. Equifax Credit Watch Gold with 3-in-1 Monitoring provides you with a 1 year membership service, including the following features:

- Comprehensive credit files monitoring, with daily notification of key changes to your credit files at any of the three major credit agencies (Equifax, Experian and Trans Union)
- One copy of your 3-in-1 Credit Report and unlimited copies of your Equifax Credit Report™
- Up to $20,000 Identity Fraud Expense Coverage† with $0 deductible at no additional cost to you. (Certain limitations and exclusions apply.)
- Premium Customer Care 24 hours a day, 7 days a week to assist you in understanding the content of your credit information.

### *To Take Advantage of this Service:*

Equifax has a simple, internet-based verification and enrollment process. If you would like to take advantage of this service, please complete this registration process before placing a security alert on your file (see below). Please visit: www.myservices.equifax.com/tri

- *Register:* Complete the form with your contact information. The information is collected in a secured environment
- *Verify Your Identity:* Equifax will verify your identity by asking you up to two security questions
- *Enter Your Unique Promotional Code:* During the "check out" process, provide the promotional code included on your letter from ING. Entering this code eliminates the need to provide a credit card number for payment. Note that the code is case sensitive and no spaces should be used – you must enter the code exactly as it is shown on the letter including the "dash". After entering your code press the "Apply Code" button and then the "Submit" button at the bottom of the page.
- *Visit the Member Center:* Under "Product List" select **Credit Watch Gold with 3-in-1 Monitoring** to access the product features.

If you do not have access to the Internet or wish for any other reason to enroll in Credit Watch via US mail, please complete the enclosed form and fax or mail it to the number/address listed on the form. You will need the Promotional Code to enroll.

## *Fraud Alert Option*

If you choose not to utilize the full credit monitoring service described above, you may still want to consider placing a fraud alert on your credit bureau file. This is a free option that will request that creditors verify your identity before increasing credit lines or opening a new account. This provides an added layer of protection, but you should be aware that the presence of a fraud alert may limit your ability to receive instant credit for in-store purchases that you plan to take possession of immediately.

Once you notify one of the agencies listed below, the fraud alert will be verified and the other agencies will be informed on your behalf. You will receive a free credit report from each agency.

| **Equifax** | **Experian** | **Trans Union** |
|---|---|---|
| www.equifax.com | www.experian.com | www.transunion.com |
| 877-478-7625 | 888-397-3742 | 800-680-7289 |

**In addition, more general guidance on protecting against identity theft can be found at the Federal Trade Commission's website at http://www.consumer.gov/idtheft/**

† Identity Fraud Coverage Insurance underwritten by Travelers Casualty and Surety Company of America and its property casualty affiliates, Hartford, CT 06183. Nothing stated herein affects the terms, conditions and coverages of any insurance policy issued by St. Paul Travelers, nor does it imply that coverage does or does not exist for any particular claim or type of claim under any such policy.



**EQUIFAX**
enlighten | enable | empower

**Equifax Credit Watch™ by Mail with 3-in-1 Monitoring Enrollment Instructions**

**Complete all of the information below and mail or fax to receive your Equifax Credit Watch™ by mail with 3-in-1 Monitoring.**

Please use black or blue ink and write your responses in PRINTED CAPITAL LETTERS without touching the sides of the boxes like the examples below.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z    0 1 2 3 4 5 6 7 8 9

**Social Security Number**

☐☐☐ - ☐☐ - ☐☐☐☐

**Date of Birth**

☐☐ / ☐☐ / ☐☐☐☐
Month    Day    Year

**First Name**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**M.I.**
☐

**Last Name**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**JR, SR, III, etc.**
☐☐☐☐

**Current Mailing Address**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
House Number         Street Name

☐☐☐☐☐☐☐☐☐☐☐☐
Apartment Number / Private Mailbox

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐  ☐☐☐☐☐
City                                          State   Zip Code

**Gender**
☐
(M/F)

**Daytime Telephone Number**
(☐☐☐) ☐☐☐-☐☐☐☐

**Promotion Code**
FRD-_____
Must Fill In to Obtain Product

**Fair Credit Reporting Act**

I authorize Equifax Consumer Services, Inc. ("Equifax") to obtain my credit report and monitor my credit file at one or more consumer reporting agencies, as necessary for me to receive Equifax Credit Watch™ (the "Service"). I understand that Equifax cannot accept authorization from any person other than the individual joining the service and confirm that I am at least 18 years of age and I am requesting my own personal information. I understand that there will be additional terms and conditions included in the Service materials that I will receive, including without limitation additional provisions regarding cancellation rights, and limitations on Equifax's liability, and I will be bound by those terms and conditions unless I immediately cancel the Service upon receipt of the complete terms and conditions.

_____    _____    _____
**Signature (Required)**         **Date**         **E-Mail Address (Optional)**

**Please return this form by either:**

**FAX:**
1-888-729-0083 (toll-free)

**MAIL:**
**Equifax Consumer Services**
**P.O. Box 105496**
**Atlanta, GA 30348**

FRD/ESNG3