IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINA A. RANDOLPH, et al.,** * | |
| * | |
| **Plaintiffs** * | |
| * | Case No. 06-1228 |
| vs. * | |
| * | (CKK) |
| **ING LIFE INSURANCE AND** * | |
| **ANNUITY COMPANY** * | |
| * | |
| **Defendant.** * | |

### MOTION OF THE PLAINTIFF FOR EXTENSION OF TIME TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Comes now the plaintiff, by and through counsel and hereby moves this Honorable Court for an Order extending the time for plaintiffs to file their opposition to defendant's Motion to Dismiss. In support of this motion the plaintiff avers as follows:

1. On September 1, 2006, the defendant filed a motion to dismiss the complaint filed by the plaintiffs in this matter. Accordingly, plaintiffs' response to that motion is due on September 15, 2006.

2. Due to other professional commitments which have included the preparation of an appellate brief, an opposition to an extensive motion for summary judgment, several depositions and preparation for oral argument before the Fourth Circuit on Monday, September 18, 2006, which have all occurred during the relevant period, counsel for the plaintiffs has not had sufficient time to properly respond to the motion.

Wherefore for the reasons stated herein and in the record of this proceeding, it is respectfully requested that the plaintiffs be granted an extension of time until September 25, 2006 to respond to defendant's motion.

**CERTIFICATION OF COUNSEL**

Prior to filing this motion, undersigned counsel conferred with Stephen Nickelsburg, co-counsel for the defendant, regarding an extension. Although the specific date of the extension was not discussed, Mr. Nickelsburg indicated that the defendant did not oppose an extension of time for the plaintiff to respond.

    Respectfully submitted,

    Gregory L. Lattimer[371926]
    1100 H Street, N.W.
    Suite 920
    Washington, DC 20005
    (202) 638-0095