IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA A. RANDOLPH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ING LIFE INSURANCE AND ) <br> ANNUITY COMPANY ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. 06-1228 (CKK) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant ING Life Insurance and Annuity Company ("ILIAC") respectfully submits this Notice of Supplemental Authority in support of its Motion to Dismiss.

In an Order entered on October 3, 2006, and reported in the press on October 12, 2006 (after the briefing in connection with ILIAC's Motion to Dismiss was complete),[1] the United States District Court for the Eastern District of Arkansas dismissed a class action complaint alleging that a company's loss of personal customer information "jeopardized [the plaintiff's] privacy and left her at a risk of receiving junk mail and of becoming a victim of identify theft." *See Bell v. Acxiom Corp.*, No. 06-485, slip op. at 1 (E.D. Ark. Oct. 3, 2006). In *Bell*, as in the instant case, the plaintiff asserted claims for negligence and invasion of privacy.[2]

---

[1] *See Class Action Suit Over ID Theft Tossed Out*, N.Y. Times, Oct. 12, 2006, *available at* http://www.nytimes.com/cnet/CNET_2100-7348_3-6125028.html.

[2] The complaint is available on the Eastern District of Arkansas PACER system, at https://ecf.ared.uscourts.gov.

Relying on the same "lost data" cases cited in support of ILIAC's Motion to Dismiss, *see id.* at 6 n.20, the court dismissed the complaint for lack of standing. The court observed that, "while there have been several lawsuits alleging an increased risk of identity theft, no court has considered the risk itself to be damage. Only where the plaintiff has actually suffered identity theft has the court found that there were damages." *Id.* at 5-6 (footnotes omitted). Thus, because plaintiff Bell alleged only a risk of identity theft, and "has not alleged that she has suffered any concrete damages," the court held that "she does not have standing" and dismissed the complaint. *Id.* at 6.

This decision provides further support for ILIAC's argument that plaintiffs' allegations that they have suffered an increased risk of identity theft are insufficient to establish standing. *See* Mem. Supp. Def.'s Mot. Dismiss at 6-11; Reply Supp. Def.'s Mot. Dismiss at 3-8. A copy of the Order is attached as Exhibit A to this Notice.

Dated: October 13, 2006

Respectfully submitted,

/s/ Stephen M. Nickelsburg
Alan Charles Raul, D.C Bar # 362605
Juan P. Morillo, D.C. Bar # 257790
Stephen M. Nickelsburg, D.C. Bar #475920
Peter C. Pfaffenroth, D.C. Bar #496637
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

Attorneys for Defendant
ING Life Insurance & Annuity Company