IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA A. RANDOLPH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ING LIFE INSURANCE AND )<br>ANNUITY COMPANY )<br>)<br>Defendant. )<br>) | Case No. 06-1228 (CKK) |

**REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICES OF SUPPLEMENTAL AUTHORITY**

For the reasons stated in its Motion to Strike, defendant ING Life Insurance and Annuity Company ("ILIAC") respectfully requests that Plaintiffs' Response to Defendant's Notices of Supplemental Authority be stricken as an unauthorized and improper surreply. Plaintiffs did not seek leave to file a surreply, and their Response to ILIAC's Motion to Strike identifies no new matters raised by ILIAC for which a surreply would have been appropriate. *See Robinson v. Detroit News, Inc.*, 211 F. Supp. 2d 101, 113 (D.D.C. 2002).

Dated: November 7, 2006

Respectfully submitted,

/s/ Stephen M. Nickelsburg
Alan Charles Raul, D.C Bar # 362605
Juan P. Morillo, D.C. Bar # 257790
Stephen M. Nickelsburg, D.C. Bar #475920
Peter C. Pfaffenroth, D.C. Bar #496637
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

Attorneys for Defendant
ING Life Insurance & Annuity Company