UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA RANDOLPH, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>ING LIFE INSURANCE AND ANNUITY COMPANY,<br><br>   Defendant. | Civil Action No. 06-1228 (CKK) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 20th day of February, 2007, hereby

**ORDERED** that [19] Defendant's Motion to Strike Plaintiffs' Response to Defendant's Notices of Supplemental Authority shall be GRANTED-IN-PART.  The Court shall strike Plaintiffs' Response, with the exception of the first page, because it constitutes an improper surreply; it is further

**ORDERED** that [10] Defendant's Motion to Dismiss Plaintiffs' Complaint shall be DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that Plaintiffs have failed to allege an injury in fact and thus lack Article III standing.  As such, the Court shall REMAND this case to the Superior Court for the District of Columbia pursuant to 28 U.S.C. § 1447(c).

**SO ORDERED**.

                                                                      */s/*
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge